UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re:

    **LUCUS PAUL WILLETTE**
    **and CHEYENNE CHERIEE**
    **WILLETTE,**

                Debtors.

Case No. **20-10066-BPH**

## *O R D E R*

At Butte in said District this 9th day of September, 2020.

In this Chapter 7 bankruptcy, the Trustee filed an Application on September 8, 2020, requesting authority to employ BK Global Real Estate Services. Upon review of the Application and the Affidavit of Patrick Butler, it appears that said professional is duly qualified to perform the tasks for which employment is sought. In addition, the Court is satisfied that said professional represents no interest substantially adverse to Debtors, or to Debtors' estate in the matters upon which this case concerns and that employment is necessary and would be in the best interest of the estate. Accordingly,

IT IS ORDERED the Application filed at ECF No. 24 is approved; the Trustee is authorized to employ BK Global Real Estate Services on a contingency fee basis and under the terms specified in the Application and attachments thereto; and all fees paid to said professional are subject to the approval of this Court upon the filing of a proper application

for reasonable professional fees and reimbursement for actual, necessary expenses in accordance with Mont. LBR 2016-1. The reasonableness of any fee request will be determined pursuant to the standards specified in 11 U.S.C. § 330.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana